UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NARVIEZ V. ALEXANDER,  )<br>            )<br>       Petitioner,   )<br>            )<br>vs.          )<br>            )<br>            )<br>HOWARD SKOLNIK, *et al.*,   )<br>            )<br>       Respondents.   )<br>_____ / | 3:10-cv-0584-LRH-VPC<br><br>**ORDER** |

Narviez Alexander, a Nevada prisoner, is proceeding in this court on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has filed a motion for Leave of Court to Proceed with Discovery (docket #4) which was not served upon the counsel of record in this matter, but rather on the Nevada State Attorney General, Catharine Cortez Masto, along with a motion for evidentiary Hearing (docket #12), which was served upon counsel of record. No response has been filed by respondents to either motion, although an Answer and support exhibits was recently filed.

The court believes a response to the motions is necessary to proper consideration thereof. Therefore, respondents shall be electronically served with docket #4 and #12 and shall be required to respond thereto.

Petitioner is also advised that he is entitled to file a reply to the answer to the petition and such will be due within thirty days of the court's determination of the aforementioned pending motions.

**IT IS THEREFORE ORDERED** that the Clerk shall electronically serve the Motion for Leave of Court to Proceed with Discovery (docket #4) and the Motion for Evidentiary Hearing

1  (docket #12).

2  **IT IS FURTHER ORDER** that respondents shall have twenty days from entry of this order
3  to file their response to the motion.  Thereafter, petitioner shall have fifteen days to file his reply.

4  **IT IS FURTHER ORDERED** that the Clerk shall send to petitioner a copy of the Court's
5  docket in this matter.  The motion for same (docket #11) is **GRANTED.**

6  **IT IS FURTHER ORDERED** that petitioner's reply to the Answer shall be filed within
7  thirty days of the entry of the court's decision on the pending motions or, if such motions are
8  granted, upon further order of the Court.

9  DATED this 22nd day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2