AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

NARVIEZ V. ALEXANDER,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:10-cv-00584-LRH-VPC**

HOWARD SKOLNIK, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 8) is DENIED.


  June 3, 2011                                   **LANCE S. WILSON**
                                                               Clerk

                                                          /s/ Katie Lynn Ogden
                                                            Deputy Clerk